THE ÆTNA BUILDING AND LOAN ASSOCIATION, *Appellant*, v. MARY J. HOBSON, *as Administratrix, etc., et al., Appellees.*

No. 16,457.

Appeal from Kingman district court; PRESTON B. GILLETT, judge. Opinion filed April 9, 1910. Affirmed.

*J. H. Connaughton,* and *A. B. Quinton,* for the appellant.

*S. D. LaFuze,* and *George L. Hay,* for the appellees.

*Per Curiam:* The action was properly instituted in the district court, because the title to land was in controversy, a subject which falls outside the scope of probate jurisdiction; but the petition was demurrable because the deed pleaded shows title was taken by Ira E. Hobson as trustee for Pauline and Helen Hobson. (*Loan Co. v. Essex,* 66 Kan. 100, and cases cited in the opinion.) There is no difficulty in harmonizing the various parts of the deed.

The judgment is affirmed.